IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>MARQUARIAS HALL-001<br>LAMENCHIA HALL-002<br>ALEXIS PRITCHETT-003<br><br>    Defendants | Case No.:  4:24-cr-00031-CDL |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendants Alexis Pritchett's Unopposed Motion to Continue the pretrial hearing in this case presently scheduled for December 2, 2024, to the Court's next regularly scheduled jury trial term, based on the need for additional time to conduct pretrial negotiations, discovery, and explore the possibility of change of pleas. Defendants Marquarias Hall-001 and Lamenchia Hall-002 join this Motion.

The Court finds a continuance appropriate. Accordingly, **IT IS HEREBY ORDERED** that the trial of the above-referenced case shall be continued to the Court's September 2025 trial term, and the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended accordingly.

Having considered the matter, the Court finds the ends of justice [18 U.S.C. § 3161(h)(7)(A)] served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial for the reason that failure to grant a continuance of the pretrial conference and trial could result in a miscarriage of justice [18 U.S.C. § 3161(h)(7)(B)(i)]; and the failure to grant such continuance would deny counsel for the

1

2

defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § (h)(8)(B)(iv)]. would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

    **SO ORDERED,** this 2nd day of December, 2024.

                                              S/Clay D. Land
                                              CLAY D. LAND, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF GEORGIA