UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 4:24-CR-31** |
| v. : | |
| **MARQUARIAS HALL,** : | |
| Defendant. : | |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Marquarias Hall pursuant to Federal Rule of Criminal Procedure 48(a) due to the reason stated in the motion. After careful consideration, the Court finds it is in the interest of justice to grant the United States' motion.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1, as to Defendant Marquarias Hall, and hereby ORDERS that the Indictment against Defendant Marquarias Hall only, be DISMISSED with prejudice.

**SO ORDERED**, this 9th day of May 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA